| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Buller Media Corporation

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  46-2731580

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 125 South Wilke Road<br>Suite 350<br>Arlington Heights, IL 60005<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Buller Media Corporation**_____   Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5419__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor    Buller Media Corporation _____    Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - [ ] It needs to be physically secured or protected from the weather.
   - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - [ ] Other _____

   **Where is the property?**   _____
         Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - [ ] No
   - [ ] Yes.   Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [x] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [x] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor __Buller Media Corporation__   Case number (*if known*) _____
       Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __May 30, 2025__
            MM / DD / YYYY

**X** __/s/ Steven E. Buller__                    __Steven E. Buller__
  Signature of authorized representative of debtor   Printed name

  Title  __President__

**18. Signature of attorney**

**X** __/s/ Joel Schechter__                    Date __May 30, 2025__
  Signature of attorney for debtor                     MM / DD / YYYY

  __Joel Schechter__
  Printed name

  __Law Offices of Joel A. Schechter__
  Firm name

  53 West Jackson Blvd
  Suite 1522
  Chicago, IL 60604
  Number, Street, City, State & ZIP Code

  Contact phone __(312) 332-0267__   Email address __joelschechter1953@gmail.com__

  __3122099 IL__
  Bar number and State

Debtor   Buller Media Corporation _____   Case number (if known) _____
       Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 30, 2025
              MM / DD / YYYY

X  /s/ Steven Buller                              Steven E. Buller
   Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X  /s/ Joel Schechter                             Date   May 30, 2025
   Signature of attorney for debtor                       MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 332-0267      Email address   joelschechter1953@gmail.com

3122099 IL
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Buller Media Corporation |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bay First National Bank<br>700 Central Avenue Mail Stop 206<br>Saint Petersburg, FL 33701 | | miscellaneous videography and sound equipment, cables, and recording equipment(detailed listing available upon request) | | $124,667.72 | $25,854.63 | $124,667.72 |
| Bay First National Bank<br>700 Central Avenue Mail Stop 206<br>Saint Petersburg, FL 33701 | | miscellaneous videography and sound equipment, cables, and recording equipment(detailed listing available upon request) | | $107,504.35 | $25,854.63 | $81,649.72 |
| Capital One<br>P.O. Box 4069<br>Carol Stream, IL 60197-4069 | | Credit card purchases | | | | $58,128.79 |
| Square Financial Services, Inc. & Block c/o JP Morgan-Lockbox Processing<br>Attn: Square Financial Services<br>4 Chase Metrotech Center, 7th Floor East<br>Brooklyn, NY 11245 | | line of credit | | | | $19,638.38 |
| U.S. Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 | | Credit card purchases | | | | $17,319.00 |

Debtor  **Buller Media Corporation**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 | | miscellaneous videography and sound equipment, cables, and recording equipment(detailed listing available upon request) | | $97,200.00 | $25,854.63 | $97,200.00 |

Bay First National Bank
700 Central Avenue
Mail Stop 206
Saint Petersburg, FL 33701


Capital One
P.O. Box 4069
Carol Stream, IL 60197-4069


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Covid EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155


First Home Bank
9190 Seminole Blvd.
Seminole, FL 33772


Imperial Realty Company, Agent
4747 West Peterson Avenue
Suite 200
Chicago, IL 60646


Square Financial Services, Inc. & Block
Attn: Square Financial Services
c/o JP Morgan-Lockbox Processing
4 Chase Metrotech Center, 7th Floor East
Brooklyn, NY 11245


Steven E. Buller
1308 North Highland Avenue
Arlington Heights, IL 60004


Tollview LLC
c/o Marc Realty
55 East Jackson Blvd. Suite 500
Chicago, IL 60604


U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179


U.S. Bank
P.O. Box 6335
Fargo, ND 58125-6335


U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918


U.S. Small Business Administration
500 West Madison Street
Suite 1150
Chicago, IL 60661

```
U.S. Small Business Administration
6501 Sylvan Road
Suite 100
Citrus Heights, CA 95610


Well Told Weddings Inc.
125 South Wilke Road
Suite 350
Arlington Heights, IL 60005
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: __Buller Media Corporation__
Debtor(s)

Case No. _____
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Buller Media Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 13, 2025
Date

Joel Schechter
Signature of Attorney or Litigant
Counsel for   Buller Media Corporation
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
(312) 332-0267  Fax:
joelschechter1953@gmail.com